THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CV-87-D

| | |
|---|---|
| JANICE CARGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | **ORDER ALLOWING** |
| ) | **MODIFICATION OF** |
| ) | **THE SCHEDULING ORDER** |
| ) | |
| ROBESON COUNTY HOUSING ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER coming on before the Court upon the Joint Motion to Modify Scheduling Order by Plaintiff Janice Cargo (hereinafter "Plaintiff") and Defendant Robeson County Housing Authority (hereinafter "Defendant"); and

IT APPEARING that good cause exists to modify the Scheduling Order as follows:

a. Reports from retained experts are due by February 20, 2014, and from rebuttal experts by March 25, 2014;

b. All discovery shall be completed by April 25, 2014;

c. All potentially dispositive motions shall be filed on or before May 25, 2014;

d. Mediation shall be completed by March 25, 2014; and

e. Defendant may file a Motion to Amend Answer by December 6, 2013 and such Motion shall be deemed timely.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Scheduling Order entered herein on October 14, 2013 is modified as set forth herein.

This the __9__ day of December, 2013.

*James Dever*
United States District Judge